## No. 640.

### PETER HEFT vs. HARVEY KELTY.

On February 8, 1863, Maj.-Gen. Banks, commanding the Department of the Gulf, issued an order reciting that " war necessarily brings with it to a great extent the suspension of ordinary pursuits, and naturally affects materially those whose resources are derived from the product of their land," and prohibits " the foreclosure of mortgages as against loyal citizens having interest in the subject matter," and exempts from forced sale under execution " the property of loyal citizens owning and working plantations."

In the following October, Heft obtained an order of seizure and sale against a lot in New Orleans owned by Kelty, who was also the mortgagor. Kelty took a rule to

shew cause why the proceedings should not be stopped under the above order, which was discharged. The sale proceeded and Heft bought. Eleven months after the sale, viz.: in November, 1864, Kelty took an appeal, which was not heard until now.

*Held*, that the order referred only to plantations and did not affect city lots.

APPEAL from the Sixth District Court of New Orleans.

*Kennard, Howe & Prentiss* for Plaintiff. *Fellows* for Defendant Appellant.

DE BLANC, J., delivered the opinion affirming the judgment.